AO 94 (Rev. 8/97) Commitment to Another District

FILED IN OPEN COURT
ON 7/24/13
Julie A. Richards, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT

EASTERN District of NORTH CAROLINA

| UNITED STATES OF AMERICA  V.  JAMES WILLIAMS | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense  1:06-CR-405/1:06-CR-466 | District of Arrest  5:13-MJ-1740 | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
Indictment   Information   Complaint   X Other   VIOLATION OF SUPERVISED RELEASE

charging a            U.S.C.

**DISTRICT OF OFFENSE**
NORTHERN DISTRICT OF GEORGIA

**DESCRIPTION OF CHARGES:**

VIOLATION OF SUPERVISED RELEASE

**CURRENT BOND STATUS:**

- ☐ Bail fixed at _____ and conditions were not met
- ☐ Government moved for detention and defendant detained after hearing in District of Arrest
- ☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
- ☒ Other (specify) DEF. RESERVES RIGHT TO PRELIM. HRING.

| Representation: | Retained Own Counsel | X Federal Defender Organization | CJA Attorney | None |
|---|---|---|---|---|

| Interpreter Required? | X No | ☐ Yes | Language: | |
|---|---|---|---|---|

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

24 JULY 2013
Date

_[signature]_
United States ~~Judge or~~ Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |